Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-12553

| Caption: | |
|---|---|
| Clover Insurance Company v. Department of Health and Human Services, et al. | District and Division: Southern District of Georgia, Division 2<br>Name of Judge: Judge Lisa G. Wood<br>Nature of Suit: Administrative Procedure Act<br>Date Complaint Filed: 11/7/2025<br>District Court Docket Number: 2:25-cv-142<br>Date Notice of Appeal Filed: 7/21/2026<br>☐ Cross Appeal ☐ Class Action<br>Has this matter previously been before this court?<br>☐ Yes ☑ No<br>If Yes, provide<br>(a) Caption: ____<br>(b) Citation: ____<br>(c) Docket Number: ____ |

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Jack Starcher | 950 Pennsylvania Ave. NW, Washtington, DC 20530 | Tel. 202-514-8877<br>Email: john.e.starcher@usdoj.gov |
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Andrew Prins | 555 11TH ST NW STE 1000<br>WASHINGTON, DC 20004-1304 | Tel. 202-637-2200<br>Email: andrew.prins@lw.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☑ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☑ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☐ Other ____ | Amount Sought by Plaintiff: $ 0<br>Amount Sought by Defendant: $ 0<br>Awarded: $ 0 to ____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary<br>☑ Permanent<br>☑ Granted<br>☐ Denied |

 11th Circuit Docket Number: 26-12553

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
What is the issue you claim is one of First Impression? The meaning of two provisions of the Medicare Act--42 U.S.C. §§ 1395hh(a)(2), 1395w-23(o)(4)(A)

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute 42 U.S.C. § 1395hh(a)(2); 42 U.S.C. § 1395w-23(o)(4)(A)
(b) Citation
(c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

If Yes, provide
(a) Case Name Elevance et al. v. Dept. of Health and Human Services
(b) Citation
(c) Docket Number if unreported 2:26-cv-61
(d) Court or Agency Southern District of Georgia

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Whether the district court erred in denying defendants' motion to dismiss by finding venue was proper in the Southern District of Georgia. Whether the district court erred in concluding that "services" as used in 42 U.S.C. § 1395hh(a)(2) includes benefits provided by insurance companies, rather than medical services provided by medical providers. Whether the direction to calculate Star Ratings "based on" the data referenced in 42 U.S.C. § 1395w-23(o)(4)(A) requires HHS to calculate those ratings based exclusively on that data.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 3 DAY OF August, 2026.

Jack Starcher
NAME OF COUNSEL (Print)

/s/ Jack Starcher
SIGNATURE OF COUNSEL