**No. 26-12553**

**IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

CLOVER INSURANCE COMPANY,

Plaintiff-Appellee,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Defendants-Appellants.

On Appeal from the United States District Court for the Southern District of Georgia

# APPELLANTS' CERTIFICATE OF INTERESTED PERSONS

BRETT A. SHUMATE
*Assistant Attorney General*

THOMAS PULHAM
JACK STARCHER
*Attorneys, Appellate Staff*
*Civil Division, Room 7515*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-8877*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Defendants-Appellants, the U.S. Department of Health and Human Services, et al. certify that the following have an interest in the outcome of this appeal:

- Beer, Jocelyn (U.S. Dept. of Health and Human Services)
- Centers for Medicare & Medicaid Services
- Clover Health Investments, Corp. (CLOV)
- Clover Insurance Company
- Durham, James B. (Hall, Booth & Smith, PC)
- Freeman, Mark R. (U.S. Dept. of Justice)
- Graves, Leigh (U.S. Dept. of Health and Human Services)
- Kennedy, Robert F. Jr. (U.S. Dept. of Health and Human Services)
- Latham & Watkins LLP
- Leithart, Otto Woelke (U.S. Dept. of Justice)
- McArthur, Eric D. (U.S. Dept. of Justice)
- Oz, Mehmet (Centers for Medicare & Medicare Services)
- Patrick, Bradford (U.S. Dept. of Justice)
- Prins, Andrew D. (Latham & Watkins LLP)

- Pulham, Thomas (U.S. Dept. of Justice)
- Roddy, Kirsten (U.S. Dept. of Health and Human Services)
- Schlossman, Nicholas L. (Latham & Watkins LLP)
- Shumate, Brett A. (U.S. Dept. of Justice)
- Starcher, Jack (U.S. Dept. of Justice)
- United States Department of Health and Human Services
- United States of America
- Westmoreland, Rachael Lynn (Latham & Watkins LLP)
- Wood, Hon. Lisa G.
- White, Alexander (U.S. Dept. of Health and Human Services)
- Whitley, Kenneth (U.S. Dept. of Health and Human Services)

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

THOMAS PULHAM
_*/s/ Jack Starcher*_______
JACK STARCHER

*Attorneys, Appellate Staff*
*Civil Division, Room 7515*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*

*(202) 514-8877*

AUGUST 2026