IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CLOVER INSURANCE COMPANY,

Plaintiff-Appellee,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Defendants-Appellants.

No. 26-12553

**MOTION TO ESTABLISH A BRIEFING SCHEDULE AND FOR EXPEDITED ARGUMENT AND DECISION**

Pursuant to Rules 27 and 31(a)(2), defendants respectfully move for an order establishing a briefing schedule and setting this appeal for oral argument in December 2026, or at the Court's earliest convenience, to permit a decision by April 2027. Plaintiff does not oppose this motion. Good cause exists for the relief requested. In support of this motion, defendants state as follows.

1. This case concerns the Medicare Advantage Star Ratings system. By statute, CMS is required to calculate Star Ratings for each Medicare Advantage contract offered for a given calendar year. That

process happens annually, with the next year's Star Ratings being shared with Medicare Advantage Organizations each fall and released to the public in October.

2. CMS published Clover's 2026 Star Rating—at issue in this litigation—in October 2025. The 2026 Star Ratings affects plaintiff's bids submitted for 2027 Medicare Advantage plans. That is because the Star Rating from the prior year is an element of the insurer's "bid" for the following plan year (here, 2027). Medicare Advantage Organizations submit those bids to CMS in late May each year preceding the plan year. CMS then engages in a lengthy bid review process that must be completed in time to finalize plan offerings and publish written materials before open enrollment, which begins annually in October. Once the Star Ratings for a given year are published, Medicare Advantage Organizations sometimes challenge those ratings in court. And if a provider succeeds in a challenge—such that a court orders their Star Rating to be recalculated—that recalculation can result in a higher Star Rating being incorporated into the organization's bid for the next year as well.

3. While the district court's decision addressed measures that CMS used in calculating the 2026 Star Ratings for Clover, the district

court's reasoning affects all measures that CMS used in 2026. And that same reasoning will also apply to measures that CMS plans to use for the 2027 Star Rating cycle. The 2027 Star Ratings will be published in October 2026 and will be incorporated into bids that Medicare Advantage Organizations submit in early June 2027 for the 2028 plan year.

4. A decision of this Court by April 2027 would allow CMS and regulated parties to take that decision into account in calculating Star Ratings before Medicare Advantage Organizations submit their 2028 plan year bids in early June 2027. In order to provide both CMS and regulated parties with guidance for the 2028 bid cycle—including to allow CMS to take into account any decision of this Court in time for regulated parties to revise their bids as necessary before the early June deadline—CMS respectfully requests that the Court adopt the following schedule for expedited briefing and consideration:

- Defendants' opening brief due September 1, 2026;
- Plaintiff's response brief due October 30, 2026;
- Defendants' reply brief due November 20, 2026;
- Oral argument held in December 2026, or at the Court's earliest convenience following the completion of briefing;

- Decision by April 2027.

This schedule would permit CMS and regulated parties to take this Court's decision into account in time for the bid submission deadline in early June 2027.

## CONCLUSION

For the foregoing reasons, the Court should grant defendants' unopposed motion.

Respectfully submitted,

THOMAS PULHAM
*s/ Jack Starcher*
JACK STARCHER
*Attorney, Appellate Staff*
*Civil Division, Room 7515*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-8877*
*john.e.starcher@usdoj.gov*

AUGUST 2026

## CERTIFICATE OF COMPLIANCE

I certify that this motion satisfies the type-volume requirements set out in Rule 27(d)(2)(A) because it contains 535 words. This motion was prepared using Microsoft Word in Book Antiqua, 14-point font, a proportionally spaced typeface.

*s/ Jack Starcher*
Jack Starcher

## CERTIFICATE OF SERVICE

I certify that on August 19, 2026, I filed and served the foregoing Motion with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*s/ Jack Starcher*
Jack Starcher