**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk

In Replying Give Number
Of Case and Names of Parties

September 14, 2026

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JANUARY 11, 2026, IN BIRMINGHAM, ALABAMA. COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK. COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT. IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.** ***Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court. See 11th Cir.R.34-4(e). An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).***

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #6.***

26-12553 Clover Insurance Company v. Department of Health and Human Services, et al.
25-14507 (Consolidated with 26-10674) USA v. Knight First Amendment Institute at Columbia University, et al. (REVISED ARGUMENT DATE)
26-10482 NetApp Inc. v. Jon Stefansson (REVISED ARGUMENT DATE)
25-13154 Egor Rubanov, et al. v. U.S. Attorney General
25-12450 Lori Wills v. Jefferson Dunn, et al.
25-12452 Lakeisha Ezell v. Jefferson Dunn, et al.
25-10664 Suzanne Smith v. Postmaster General
25-13711 Derrick Singleton, et al. v. John Hamm, et al.
25-12194 Brendon Garrett v. Experian Information Solutions Inc.
26-10794 Danita McKenzie v. Thomas Cleveland, et al.
25-12719 Scott Shleifer, et al. v. United States
25-14324 Harry Zea, et al. v. City of Naples, et al.
25-14202 Restore Robotics Repairs LLC v. Intuitive Surgical Inc.
26-10105 Jeremy Hales, et al. v. Daniel Owen
25-13730 Pike Electric, LLC v. Great Divide Insurance Co.
25-14120 Saroya Marrow v. E.R. Carpenter Company, Inc.